IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HARRY C. STUTESMAN                                                                                    PLAINTIFF

v.                                         Civil No.   5:22-cv-05124-TLB-CDC

KARAS HEALTH; and
NURSE KELLEY HINELY                                                                              DEFENDANTS

**ORDER**

Defendants have filed a Motion to Compel answers to discovery requests (ECF No. 22). Defendants state they propounded interrogatories and requests for production of documents, including a medical authorization, to the Plaintiff on September 21, 2022. To date, Defendants state they have not received Plaintiff's responses or any communication from the Plaintiff regarding his responses. Plaintiff has not responded to the Motion to Compel.

Under the Federal Rules of Civil Procedure, Plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 22) is **GRANTED**. Plaintiff is directed to provide Defendants with the required responses to the discovery requests **by 5:00 p.m. on December 16, 2022. If Plaintiff fails to provide the discovery responses, Defendants should notify the Court by filing a motion to dismiss. Plaintiff is advised that failure to comply with an Order of Court shall subject this case to summary dismissal.**

IT IS SO ORDERED this 28th day of November 2022.

*s/ Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE